# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICKY TEJADA,<br><br>Plaintiff,<br><br>v.<br><br>SUPERINTENDENT DELBALSO,<br><br>Defendant. | CIVIL ACTION NO. 3:18-cv-01096<br><br>(JONES, J.)<br>(SAPORITO, M.J.) |

## ORDER

AND NOW, this 19th day of November, 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The plaintiff's motion for appointment of a guardian ad litem (Doc. 14) is **DENIED without prejudice**;

2. The plaintiff's request for an extension of time to complete service of process is **GRANTED** for good cause shown;

3. The Clerk shall reissue the summons forthwith; and

4. The plaintiff shall serve a copy of the summons and complaint upon each of the named defendants **on or before February 28, 2019**.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge