# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICKY TEJADA, | |
| Plaintiff, | CIVIL ACTION NO. 3:18-cv-01096 |
| v. | (JONES, J.) (SAPORITO, M.J.) |
| SUPERINTENDENT DELBALSO, | |
| Defendant. | |

## ORDER

AND NOW, this 30th day of November, 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the plaintiff's letter-motion for service by a United States marshal, deputy marshal, or some other person specially appointed by the Court pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure (Doc. 21) is **DENIED without prejudice**.

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge