UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RICKY TEJADA
    Plaintiff,
vs.
SUPERINTENDENT
DELBALSO, ET AL.,
    Defendants.

NO. 18-CV-1096
(Mariani, J)
(Saporito, JR, MJ)

FILED SCRANTON
MAY 2 5 2022
PER ___ DEPUTY CLERK

## MOTION FOR RECONSIDERATION

AND NOW comes the movant, Ricky Tejada, Pro se, and respectfully files this motion to Reconsider the April 28th, 22 summary judgement order. The basis for Reconsideration is in brief, attached hereto, in support for Reconsideration.

18 May 22

Respectfully submitted
/S/. Ricky Tejada

RICKY TEJADA 00977042
JTVCC JAMES T-VAUGHN CORRECTIONAL CENTER
1181 PADDOCK Rd
SMYRNA, DE 19977

WILMINGTON DE 197
23 MAY 2022 PM 2 L

United States District Court
Judge Robert D. Mariani
235 N. Washington Ave, P.O. box 1148
Scranton, Pennsylvania 18501-1148

RECEIVED
SCRANTON
MAY 25 2022
PER _____
DEPUTY CLERK

"Inmate Mail · PA⊥ JPL OF CORRECTIONS"

" LEGAL MAIL "