THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICKY TEJADA,

    Plaintiff,

v.

SUPERINTENDENT DELBASO, et al.,

    Defendants.

3:18-CV-1096
(JUDGE MARIANI)

FILED
SCRANTON
APR 19 2023
PER _____
DEPUTY CLERK

**ORDER**

AND NOW, THIS 14th DAY OF APRIL, 2023, it appearing that dispositive motions have been filed and resolved, and that the above-captioned matter is ready for a jury trial, and this case having previously been referred to Magistrate Judge Joseph F. Saporito for the purpose of conducting all pre-trial proceedings and issuing rulings or Reports and Recommendations on all pre-trial motions, and the court noting that a United States Magistrate Judge of this court is available to preside over this case, *see* 28 U.S.C. § 636(c); FED. R. CIV. P. 73, and may be available to do so at an earlier time than the undersigned,[1] **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall mail an AO 85 form ("Notice, Consent, and Reference of a Civil Action to a Magistrate Judge") to all parties in the above-captioned action together with a copy of this order;

---

[1] The parties are reminded that consent is optional and may be withheld without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with the case.

2. If the parties agree to consent to jurisdiction of a United States Magistrate Judge, the parties shall complete and return the AO 85 form to the Clerk of Court no later than **May 5, 2023**.

3. If consent of all parties to jurisdiction of a United States Magistrate Judge is not received by the deadline in paragraph 2, the court will issue an order establishing a further schedule.

_____
Robert D. Mariani
United States District Judge