IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICKY TEJADA,** | : | No. 3:18cv1096 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **SUP'T. DELBALSO,** *et al.* | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 13th day of May 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Plaintiff Ricky Tejada's motion for reconsideration/appeal of an order denying his motion for reimbursement of service costs (Doc. 330) is **DENIED**;

2) Plaintiff's objections to the Report and Recommendation ("R&R") of Magistrate Judge Martin C. Carlson (Doc. 328) are **OVERRULED**;

3) The R&R (Doc. 327) is **ADOPTED** in full;

4) Defendants' second motion for summary judgment (Doc. 304) is **GRANTED** in part and **DENIED** in part;

5) Defendants' motion is **GRANTED** with respect to plaintiff's state law assault and battery claims;

6) Defendant's motion is **GRANTED** with respect to any conspiracy claim lodged against Defendant CO Thoryk;

7) Defendant's motion is **GRANTED** with respect to plaintiff's claims against Defendants Superintendent DelBalso, Lieutenant Biscoe, and Grievance Coordinator Hinman;

8) Summary judgment is hereby entered in favor of Defendants Superintendent DelBalso, Lieutenant Biscoe, and Grievance Coordinator Hinman on plaintiff's claims;

9) Defendant's second motion for summary judgment is **DENIED** in all other respects; and

10) This matter is remanded to a United States Magistrate Judge to address the remaining defendants' assertions related to exhaustion of administrative remedies (Doc. 270) and for further pre-trial management.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court