UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICKY TEJEDA,** | : | Civil No. 3:18-CV-1096 |
| | : | |
| Plaintiff, | : | (Judge Munley) |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| **LT. WALL, et al.,** | : | |
| | : | |
| Defendants. | : | |

## **MEMORANDUM AND ORDER**

This is a *pro se* civil rights lawsuit brought by a state inmate. On November 4, 2025, the court entered an order conditionally appointing counsel and directed the Pro Bono Coordinator for the Middle District of Pennsylvania Chapter of the Federal Bar Association to seek to identify counsel willing to assist in this case. That order also stated that If counsel cannot be located to represent Plaintiff this conditional order will be revoked. (Doc. 343).

The Pro Bono Coordinator has since advised the Court that he has been unable to find counsel willing to accept an appointment in this action. Accordingly, the plaintiff is hereby advised that the Court has been unable to identify counsel willing to assist in this case, and IT IS THEREFORE ORDERED THAT the Court's prior order conditionally appointing counsel is VACATED. The plaintiff shall be required to continue litigating this action on his own behalf, *pro se*.

1

The plaintiff has also filed a motion to schedule a hearing regarding whether Tejeda has exhausted his administrative remedies. (Doc, 341). This motion is GRANTED as follows:

1. The parties shall consult and confer and prepare pre-hearing memoranda identifying their witnesses, exhibits, proposed findings of fact, conclusions of law and estimated duration of the hearing on or before **January 5, 2026**.

2. A telephonic pre-hearing conference will be conducted on **January 12, 2026 at 1:00 p.m.** Defense counsel is requested to arrange the call with the plaintiff who is incarcerated and provide the court with the call-in information.

3. A hearing will be conducted at the Sylvia Rambo U.S. Courthouse in Harrisburg, Pennsylvania, on **January 26, 2026 at 1:00 p.m**.

SO ORDERED, this 2d day of December 2025.

                                       */s/ Martin C. Carlson*
                                       Martin C. Carlson
                                       United States Magistrate Judge